King Edward, LLC, Appellant,
against
April Massey, Respondent, et al., Undertenants.




Thomaidis & Lagoudis, P.C. (Alex Thomaidis, Esq.), for appellant.
Queens Legal Services (Maurice E. Muir, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Jose Rodriguez, J.), dated February 11, 2016. The order conditionally granted tenant's motion to be restored to possession in a nonpayment summary proceeding.




ORDERED that the order is affirmed, without costs.
Under the circumstances presented in this nonpayment proceeding, including the 18-year rent-stabilized tenancy and tenant's diligent attempts to secure funding to pay the arrears, we find that, in its order dated February 11, 2016, the Civil Court did not improvidently exercise its discretion in excusing tenant's inadvertent default under the court's January 14, 2016 order and in conditionally granting tenant's motion to be restored to possession upon tenant's payment of legal and eviction fees in addition to the arrears (see 679 Sterling Place Corp. v Hayes, 29 Misc 3d 134[A], 2010 NY Slip Op 51950[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2010]; Clarkstown Hous. Assoc. v Henderson, 17 Misc 3d 134[A], 2007 NY Slip Op 52205[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2007]; BJB Realty Corp. v Holloway, 10 Misc 3d 133[A], 2005 NY Slip Op 52085[U] [App Term, 2d Dept, 2d & 11th Jud Dists 2005]). 
Accordingly, the order is affirmed.
Pesce, P.J., Aliotta and Elliot, JJ., concur.
Paul Kenny
Chief Clerk
Decision Date: April 21, 2017